Daniel R. Watkins, Esq. (SBN 163571)
dw@wl-llp.com
Charles M. Heintz, Esq. (SBN 242946)
cheintz@wl-llp.com
WATKINS & LETOFSKY, LLP
2900 S. Harbor Blvd., Suite 240
Santa Ana, CA 92704
Office: (949) 476-9400; Fax: (949) 476-9407

Attorneys for Plaintiffs

Allison V. Saunders (SBN 220010)
asaunders@fordharrison.com
Hilda Aguilar (SBN 276459)
haguilar@fordharrison.com
FORD & HARRISON LLP
350 South Grand Avenue, Suite 2300
Los Angeles, CA  90071
Telephone: (213) 237-2400
Facsimile:  (213) 237-2401

Attorneys for Defendant,
SHRINERS HOSPITALS FOR CHILDREN

Tracey Jaensch (Florida SBN 907057)
[Admitted *Pro Hac Vice*]
tjaensch@fordharrison.com
FORD & HARRISON LLP
401 East Jackson Street, Suite 2500
Tampa, FL 33602
Telephone: (813) 261-7800
Facsimile:  (813) 261-7899

Attorneys for Defendant,
SHRINERS HOSPITALS FOR CHILDREN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIYA MAKSIMOV, BETSY BROWN, CLAUDIA LING, VENIAMIN MAKSIMOV, RACHAEL PIERSON, FABIAN STRIZU, CHAKEYA THOMAS,<br><br>Plaintiffs, | Case No.  2:22-cv-00611-JAM-CKD<br>[Assigned to the Hon. John A. Mendez, Courtroom 6]<br><br>**STIPULATION FOR FURTHER CONTINUANCE OF DISCOVERY AND DISPOSITIVE MOTION PRE-** |

|   |   |
|---|---|
| vs.<br><br>SHRINERS HOSPITALS FOR CHILDREN, and DOES 1-50, inclusive,<br><br>            Defendants. | **TRIAL DATE AND TRIAL RELATED DATES AND DEADLINES; ORDER**<br><br>Complaint filed:   March 1, 2022<br>Date of Removal:  April 7, 2022<br>Trial Date:           October 28, 2024 |

Plaintiffs Mariya Maksimov, Betsy Brown, Claudia Ling, Veniamin Maksimov, Rachael Pierson, Fabian Strizu, and Chakeya Thomas ("Plaintiffs") and Defendant Shriners Hospitals for Children ("Shriners") (together "Parties"), through their undersigned counsel, hereby submit the following Joint Stipulation and Proposed Order for Further Continuance of Discovery and Dispositive Motion Pre-Trial Dates and Trial Date and Trial Related Deadlines.

## **STIPULATION**

**WHEREAS**, on March 1, 2022, Plaintiffs filed this action in Sacramento County Superior Court;

**WHEREAS**, on April 7, 2022, Shriners removed the case from Sacramento County Superior Court to the United States District Court Eastern District of California;

**WHEREAS**, on June 7, 2022, this Court issued a Pretrial Scheduling Order referring the Parties to complete all discovery by November 20, 2023, signed by Judge John A. Mendez, Docket No. 9;

**WHEREAS**, on June 7, 2022, the Pretrial Scheduling Order ordered that all dispositive motions shall be filed by December 29, 2023 and hearing on any such motion would be on February 27, 2024 at 1:30 pm;

**WHEREAS**, on June 7, 2022, the Pretrial Scheduling Order set a Final Pretrial Conference on April 13, 2024 at 10:00 am and a Jury Trial to begin on June 3, 2024;

**WHEREAS**, on June 7, 2022, the Pretrial Scheduling Order set supplemental disclosure and disclosure of any rebuttal experts for October 19, 2023;

Ford & Harrison LLP
Attorneys At Law
Los Angeles

**WHEREAS**, Shriners has taken and completed all seven Plaintiffs' depositions, propounded written discovery and received written responses from all seven Plaintiffs and propounded third party subpoenas on Plaintiffs' subsequent and prospective employers;

**WHEREAS**, on October 20, 2023, once Shriners learned that Plaintiffs did not intend to supplement their expert disclosures, Shriners noticed the depositions of Plaintiffs' two retained experts for November 15, 2023 (Jeffrey Barke, M.D.) and November 16, 2023 (Janci C. Lindsay, PhD);

**WHEREAS**, on Friday, October 20, 2023 at 11:24 pm, Plaintiffs served Shriners with seven notices of taking deposition which were unilaterally noticed, which included the deposition of the Person Most Knowledgeable for Shriners, the deposition of Shriners' non-retained expert witness, two Human Resources representatives from Shriners' Northern California location where Plaintiffs worked, and three witnesses in Florida;

**WHEREAS**, on Friday, October 20, 2023 at 11:46 pm, Plaintiffs served Shriners with 1) Plaintiffs' special interrogatories to Shriners, set one, 2) Plaintiffs' request for production of documents to Shriners, set one, 3) plaintiff Betsy Brown's request for production of documents to Shriners, set one, 4) plaintiff Claudia Ling's request for production of documents to Shriners, set one, 5) plaintiff Mariya Maksimov's request for production of documents to Shriners, set one, 6) plaintiff Veniamin Maksimov's request for production of documents to Shriners, set one, 7) plaintiff Rachael Pierson's request for production of documents to Shriners, set one, 8) plaintiff Fabian Strizu's request for production of documents to Shriners, set one, and 9) plaintiff Betsy Brown's request for production of documents to Shriners, set one;

**WHEREAS**, after verbally discussing the case on November 14, 2023, the Parties agreed to take Plaintiffs' expert witnesses' depositions off calendar;

Ford & Harrison LLP
Attorneys At Law
Los Angeles

**WHEREAS**, on November 17, 2023, the Parties filed a stipulation to continue the discovery and dispositive motion pre-trial date and trial related dates and deadlines by 120 days to enable the Parties to complete outstanding discovery as Shriners had been served on Friday, October 20, 2023 at 11:46 pm with extensive written discovery and seven unilaterally-noticed depositions to be rescheduled to mutually agreeable dates and Shriners was unable to respond to the discovery and simultaneously complete all depositions by the deadline of November 20, 2023 due to scheduling conflicts, witness unavailability, and the additional time to prepare the witnesses or gather information responsive to discovery and to be addressed in the witnesses' depositions, Docket No. 16;

**WHEREAS**, the Court entered an Order Modifying Pretrial Scheduling Order on November 17, 2023, requiring the parties to complete all discovery, including expert depositions, by March 19, 2024, Docket No. 18;

**WHEREAS**, on November 17, 2023, the Order Modifying Pretrial Scheduling Order ordered that all dispositive motions shall be filed by April 26, 2024 and hearing on any such motion would be on July 9, 2024;

**WHEREAS**, on November 17, 2023, the Order Modifying Pretrial Scheduling Order set a Final Pretrial Conference on September 17, 2024 at 10:00 am and a Jury Trial to begin on October 28, 2024;

**WHEREAS**, on December 18, 2023, Defendant sent an email to Plaintiffs informing that Defendant would need to reschedule Plaintiffs' expert witnesses' depositions and provided Defendant's availability in February 2024;

**WHEREAS**, on January 4, 2024, after receiving no response from Plaintiffs, Defendant sent a first amended notice of taking Plaintiffs' expert witnesses' depositions unilaterally setting the depositions for February 20, 2024 and February 22, 2024;

**WHEREAS**, on February 15, 2024 and February 19, 2024, Plaintiffs informed that the depositions of Plaintiffs' expert witnesses would not be going forward on the

noticed dates as Plaintiffs' counsel was engaged in trial in Monterey County, California;

**WHEREAS**, after exchanging further emails with Plaintiffs and telephonically discussing availability on February 22, 2024, Defendant informed that it would be willing to take the depositions of both experts on the same date and sent a follow-up email on February 27, 2024 requesting Plaintiffs' upcoming availability to take Plaintiffs' expert witnesses' depositions;

**WHEREAS**, on February 29, 2024, after receiving no response, Defendant re-noticed the depositions of Plaintiffs' expert witnesses for a third time to take place on March 11, 2024;

**WHEREAS**, on March 8, 2024, in response to Defendant's inquiry seeking confirmation that the expert depositions would be taking place, Plaintiffs informed that the expert depositions would not be going forward again as Plaintiffs' counsel was still engaged in trial in Monterey County, California;

**WHEREAS**, Shriners will be prejudiced if it is required to file its Dispositive Motion by April 26, 2024 without completing Plaintiffs' expert witnesses' depositions;

**WHEREAS**, no party will be prejudiced by granting the continuances requested as it will allow necessary discovery and law and motion to be conducted, avoid wasting judicial resources and will preserve judicial time and economy;

**WHEREAS**, good cause exists for granting this Stipulation and requested continuance of pre-trial dates and deadlines as, (1) Shriners engaged in extensive meet and confer efforts to notice Plaintiffs' expert depositions on agreeable dates in advance of the original discovery cutoff, including noticing those depositions three separate times, and then in advance of the continued discovery cutoff, however Plaintiffs' counsel informed defense counsel that his office is no longer available and as such will not be able to proceed with Plaintiffs' expert witnesses' depositions; (2) Shriners will be severely prejudiced if it is required to file its Dispositive Motion

before taking Plaintiffs' expert witnesses' depositions as it anticipates that Plaintiffs will rely on their expert witnesses' deposition testimony or obtain declarations from their expert witnesses to oppose the Dispositive Motion; and (3) no party will be prejudiced by granting the continuances requested as it will allow necessary discovery and law and motion to be conducted, avoid wasting judicial resources and will preserve judicial time and economy;

**NOW THEREFORE**, the Parties agree and stipulate, subject to the Court's approval, that the Court continue the following dates to enable the Parties to complete outstanding discovery that is outlined above, file appropriate Motion(s) and dispositive motions:

| Current Date | Proposed New Date | Event |
|---|---|---|
| 3/19/24 | 6/25/24 | Discovery Completion Date (for discovery timely served by or before 10/20/23) |
| 4/26/24 | 8/26/24 | Dispositive Motion Filing Deadline |
| 7/9/24 | 11/12/24 | Dispositive Motion Hearing |
| 9/17/24 | 1/21/25 | Final Pretrial Conference |
| 10/28/24 | 4/28/25 | Trial (10-15 day estimate) |

Dated: March 19, 2024          Respectfully submitted,

                                       WATKINS & LETOFSKY, LLP

                                       By: */s Daniel R. Watkins*
                                          DANIEL R. WATKINS
                                          CHARLES M. HEINTZ
                                          Attorneys for Plaintiffs,
                                          MARIYA MAKSIMOV, BETSY BROWN, CLAUDIA LING, VENIAMIN MAKSIMOV, RACHAEL PIERSON, FABIAN STRIZU, CHAKEYA THOMAS

Ford & Harrison LLP
Attorneys At Law
Los Angeles

Dated: March 19, 2024          Respectfully submitted,

              FORD & HARRISON LLP

              By: */s/ Hilda Aguilar*
                ALLISON V. SAUNDERS
                TRACEY JAENSCH
                HILDA AGUILAR
                Attorneys for Defendant,
                SHRINERS HOSPITALS FOR CHILDREN

# ORDER

## ORDER MODIFYING PRETRIAL SCHEDULING ORDER

Based on the stipulation of the parties and good cause appearing, the Pretrial Scheduling Order, is **MODIFIED** as follows:

| Event | Date |
| --- | --- |
| Discovery cut-off | **06/28/2024** |
| Dispositive Motions Deadline | **08/26/2024** |
| Dispositive Motion Hearing | **11/19/2024, at 01:00 p.m.**[1] |
| Final pretrial conference | **01/24/2025, at 10:00 a.m.** |
| Trial (10-15 days) | **04/28/2025, at 09:00 a.m.** |

All other instructions contained in the June 07, 2022 Pretrial Scheduling Order (ECF No. 9) shall remain in effect.

**IT IS SO ORDERED.**

Dated: March 19, 2024        /s/ John A. Mendez
                                            THE HONORABLE JOHN A. MENDEZ
                                            SENIOR UNITED STATES DISTRICT JUDGE

---

[1] Calendars are subject to last minute changes. Contact the Courtroom Deputy for available dates.